In the Matter of SMITH LENT, Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Lent*, 152 App. Div. 868, affirmed.

(Argued January 6, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

January 15, 1913, which disbarred the appellant herein from practice as an attorney and counselor at law in the state of New York.

*R. E. Digney* and *John M. Digney* for appellant.

*Einar Chrystie* and *William H. Daly* for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.